IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:88-cr-00156-KJM |
|---|---|---|
| | ) | Case No: 2:88-cr-00226 KJM |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| Lawrence Dean Faulkner, | ) | |
| | ) | |
| Defendant. | ) | |

The above-named defendant will separately submit a financial declaration and is claiming to be unable to retain counsel. The defendant wishes counsel be appointed to represent him for a petition to violate his supervised release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Toni White is appointed to represent the above defendant in case no. 2:28cr-00156-KJM and case no. 2:88-cr-00226-KJM effective *nunc pro tunc* to September 4, 2024.

This appointment shall remain in effect until further order of this court.

DATED: September 6, 2024.

CHIEF UNITED STATES DISTRICT JUDGE