UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 18 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE FAULKNER,<br><br>　　　　　Defendant. | Nos. 2:88-CR-00226 KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LAWRENCE FAULKNER;

Case No. 2:88-CR-00226 KJM , from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　___ Unsecured Appearance Bond

　　　　　　___ Appearance Bond with 10% Deposit

　　　　　　___ Appearance Bond with Surety

　　　　　　___ Corporate Surety Bail Bond

　　_X_ (Other): <u>Time Served as of 3/18/2025; Defendant to be released no later than 9:00 AM on 3/19/2025 to a representative of the Federal Defender's Office</u>.

Issued at Sacramento, California on __3/18/25__, at __10:24am__

_/s/ Kimberly J. Mueller_
Kimberly J. Mueller
United States District Judge