UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 18 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE FAULKNER,<br><br>Defendant. | Nos. 2:88-CR-00226 KJM<br><br>**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LAWRENCE FAULKNER;

Case No. 2:88-CR-00226 KJM , from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

       ___ Unsecured Appearance Bond

       ___ Appearance Bond with 10% Deposit

       ___ Appearance Bond with Surety

       ___ Corporate Surety Bail Bond

__X__ (Other): <u>Time Served as of 3/19/2025; Defendant to be released no later than 9:00 AM on 3/19/2025 to a representative of the Federal Defender's Office.</u>

Issued at Sacramento, California on __3/18/25__ , at __1:18 pm__

_____
Kimberly J. Mueller
United States District Judge